1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9   Varinder Singh,                 No. CV-26-00656-PHX-JJT (JFM)

10          Petitioner,          **ORDER**

11   v.

12   Eric Rokosky, et al.,

13          Respondents.

14

15      Petitioner challenged his immigration detention under *Zadvydas v. Davis*, 533 U.S.

16 678 (2001), arguing his detention has exceeded the removal period and there is no

17 significant probability of removal in the reasonably foreseeable future. (Doc. 1.) The Court

18 directed Respondents to show cause why the petition should not be granted as to his

19 *Zadvydas* claim. (Doc. 4.) Respondents' response stated:

20        Undersigned counsel is unable to ascertain sufficient facts at this time to

21        establish that there is a significant likelihood of removal in the reasonably
       foreseeable future. Accordingly, Respondents do not oppose Petitioner's

22        request for release.

23 (Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's

24 habeas corpus petition as to her *Zadvydas* claim. Any remaining portions of the Petition

25 will be denied as moot.

26      **IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus

27 (Doc. 1) is granted as to his *Zadvydas* claim. The Petition is otherwise denied as moot.

28      **IT IS FURTHER ORDERED** Respondents must immediately release Petitioner

from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of February, 2026.

Honorable John J. Tuchi
United States District Judge